| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* MCR 92-05004-002 |
|---|---|---|---|
| | | RECEIVED 2007 MAR 19 A | DOCKET NUMBER *(Rec. Court)* 2:07CR54-MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Rodney Joe Brisbon 742 Charlie Brassell Place Montgomery, Alabama | DISTRICT Florida Northern | DIVISION Panama City |
|---|---|---|
| | NAME OF SENTENCING JUDGE Lacey A. Collier | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/09/2006 | TO 06/08/2016 |

OFFENSE

Count 1: Conspiracy to Possess With Intent to Distribute Cocaine

Count 2: Attempted Possession With Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_13 July 06_
Date

_[signed] L.A. Collier_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Alabama

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2/14/2007_
Effective Date

_[signed]_
United States District Judge