IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.

HORACE NETTLES, III,
RODNEY JOE BRISBON,
　　　and
AL JEROME JETER
_____/

INDICTMENT

92-05004 LC

THE GRAND JURY CHARGES:

<u>COUNT I</u>

That between on or about November 26, 1991, and on or about December 7, 1991, in the Northern District of Florida and elsewhere, the defendants,

HORACE NETTLES, III,
RODNEY JOE BRISBON,
and
AL JEROME JETER

did unlawfully combine, conspire, confederate and agree together to possess with the intent to distribute a mixture or substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

**RECEIVED**

JAN 29 1992

U.S. PROBATION OFFICE
PANAMA CITY, FLORIDA

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: _____
　　　Deputy Clerk

FILED IN OPEN COURT THIS

January 16, 1992
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

## COUNT II

That on or about December 7, 1991, in the Northern District of Florida, the defendants,

**HORACE NETTLES, III,
RODNEY JOE BRISBON,
and
AL JEROME JETER**

did knowingly and intentionally attempt to possess with the intent to distribute cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREMAN

Jan 14, 1992
DATE

_____
KENNETH W. SUKHIA
United States Attorney

CERTIFIED A TRUE COPY
MARVIN S. WAITS, CLERK

By _____
       Deputy Clerk

_____
DAVID W. MOYE
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

Case Number MCR 92-05004-002

RODNEY JOE BRISON
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, RODNEY JOE BRISON, was represented by Michael A. Flowers, Shalimar, Florida.

The defendant was found guilty on count(s) **1 and 2** after a plea of not guilty. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| TITLE & SECTION | NATURE OF THE OFFENSE | DATE CONCLUDED | COUNT NUMBER |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Possess With Intent to Distribute Cocaine | 12/07/91 | 1 |
| 21 USC 841 | Attempted Possession With Intent to Distribute Cocaine | 12/07/91 | 2 |

As pronounced on **May 26, 1992**, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00, for count(s) **1 and 2**, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this 28th day of May, 1992.

LACEY COLLIER
United States District Judge

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: _____ Deputy Clerk

92 MAY 29 PM 4:51

Defendant's SSAN: 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
Defendant's Date of Birth: 05/13/52
Defendant's address: Route 5, Box 335-P; Montgomery, Alabama 36119

FILED

AO 245 S (Rev. 4/90)(N.D.Fla. rev.) Sheet 2 - Imprisonment

Defendant: **RODNEY JOE BRISON**  Judgment--Page **2 of 4**
Case Number: **MCR 92-05004-002**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **210** months on each of Counts 1 and 2, to be served concurrently with each other.

The defendant is remanded to the custody of the United States Marshal.

RETURN:

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered:

on_____ to_____

at _____, with a certified copy of this

Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Case 2:07-cr-00054-MHT-CSC   Document 2   Filed 03/19/2007   Page 5 of 13

AO 245 S (Rev. 4/90)(N.D.Fla. rev.) Sheet 3 - Supervised Release

Judgment--Page **3** of **4**

Defendant: **RODNEY JOE BRISON**
Case Number: **MCR 92-05004-002**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of (10) years.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not own or possess a firearm or destructive device.

4. **The defendant shall participate in a substance abuse program for treatment, counseling, and testing as directed by his supervising United States Probation Officer.**

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 4/90)(N.D.Fla. rev.) Sheet 7 - Statement of Reasons

Judgment--Page 4 of 4

Defendant: RODNEY JOE BRISON
Case Number: MCR 92-05004-002

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**
Total Offense Level:           32
Criminal History Category:     IV
Imprisonment Range:            168 months to 210 months
Supervised Release Range:      3 to 5 years
Fine Range:                    $ 17,500.00 to $ 8 million
Restitution:                   $ N/A

The fine is waived or is below the guideline range because of the defendant's inability to pay.

The Court finds that the enhanced statutory penalty of mandatory life imprisonment is not justified, and therefore, the sentence of imprisonment is within the guideline range and that range does exceed 24 months. The particular sentence of 210 months is at the top of the guideline range and takes into account the defendant's participation in the instant offense and his prior record.

The term of supervised release imposed by the Court does exceed the guideline range but is in accordance with the enhanced statutory provisions.

| AO 256 Rev. 2/86 | CRIMINAL DOCKET – U.S. DISTRICT COURT | | | | | | U.S. VS. BRISBON, RODNEY JOE | Case Filed Mo. Day Yr. 01 16 92 | Docket No. Def. 92-2603 92-05004-02LAC |
|---|---|---|---|---|---|---|---|---|---|
| | PO ☐ | 1129 Assigned | 5 | 2913 Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | | | No. of Def's 03 | U.S. MAG. CASE NO. ▶ 91-55572LB |
| | Misd. ☐ Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | CONSPIRACY / PWID COCAINE | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. | GUILTY |
|---|---|---|---|---|
| 21: 846 | CONSPIRACY / PWID COCAINE (ct 1) | 1 | | |
| 21: 846 | ATTEMPT / PWID COCAINE (ct 2) | 1 | | |

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: [signature] Deputy Clerk

SUPERSEDING COUNTS

### II. KEY DATE

INTERVAL ONE — KEY DATE EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

END ONE AND/OR BEGIN TWO — KEY DATE 01/16/92 APPLICABLE: ☒ Indictment filed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty {☐ After N.G.} ☐ Nolo {☐ After nolo} ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | |
| COMPLAINT ▶ | | | | | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
David W. Moye, Esq.

Defense: 1 ☒ CJA   2 ☐ Ret.   3 ☐ Waived   4 ☐ Self.   5 ☐ Non/Other.   6 ☒ PD.   7 ☐ CD

Michael A. Flowers, Esq.
Chesser, Wingard, Barr
1201 Eglin Parkway
Shalimar, FL 32579
904/651-9944

CLOSED 5-26-92

BAIL • RELEASE
PRE-INDICTMENT
Release Date
☐ Bail Denied    ☐ Fugitive
                 ☐ Pers. Rec.
AMOUNT SET       ☐ PSA
$                Conditions
Date Set         ☐ 10% Dep.
                 ☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made   ☐ 3rd Prty
                 ☐ Other

POST-INDICTMENT
Release Date
☐ Bail Denied    ☐ Fugitive
                 ☐ Pers. Rec.
AMOUNT SET       ☐ PSA
$                Conditions
Date Set         ☐ 10% Dep.
                 ☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made   ☐ 3rd Prty
                 ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

| DATE / DOCUMENT NO. | | | V. PROCEEDINGS | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|
| | | | 92-05004 LAC — MASTER DOCKET - MULTIPLE DEFENDANT CASE [X] / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT — PAGE 4 OF | Start Date / End Date | Ltr. Code | Total Days |
| **1992** 01/16 | 1 | (all) | INDICTMENT...........2 cts. Cert copies to agencies on 1/24/92 (filed in Tally) | | | |
| | 2 | (HN) | INFORMATION..........on deft; is in custody on this charge | | | |
| | 3 | (RJB) | INFORMATION..........on deft; is in custody on this charge | | | |
| | 4 | (AJJ) | INFORMATION..........on deft; is in custody on this charge | | | |
| | 5 | (HN) | MAGISTRATE PAPERS..........fm Mag Bodiford in P.C.; includes order of detention, order of detention pending trial, criminal complt, minutes of 1st appear on 12/23/91 & detention hearing held 12 | | | |
| | 6 | (RJB) | MAGISTRATE PAPERS..........fm Mag Bodiford in P.C.; includes criminal of 1st appear on 12/23/91 & detention hearing on 12/26/91, cr complt, CJA23, order apptng FPD, order of temp detention & or of detention pending trial | | | |
| | | (AJJ) | MAGISTRATE PAPERS on deft being retained in P.C. for further orders | | | |
| 1/27 | | | Ref lu by request | | | |
| 1/28 | | | File ref to Mag Bodiford for setting arraignment (per lu) | | | |
| 2/13 | 7 | (HN) | MOTION..........for phv admiss, by atty Hardwick Ref LC 2/18 | | | |
| 2/20 | 8 | (RJB) | MOTION..........for cont of arraignment, by deft (per LB's ofc this is moot- deft has already entered written plea) | | | |
| | 9 | (RJB) | CJA20..........mailed to atty Flowers | | | |
| 2/24 | 10 | (HN) | ORDER..........(LAC)EOD 2/24/92 GRANTING #7, phv appear of atty Hardwick for deft cc: Hardwick & Moye, Tally Clerk's Ofc | | | |
| " | 11 | (AJJ) | EX PARTE MOTION.....for subpoena, by deft. | | | |
| 02/25 | 12 | (AJJ) | ORDER.....(LAC) **GRANTING #11.**  cc:  Peters | | | |
| 02/26 | 13 | (AJJ) | MAGISTRATE PAPERS.....fm Mag Bodiford; includes warrant for arrest (2), CJA 23, Order appointing FPD, Order of temporary detention hearing, & criminal minutes of 1st appearance 12/23/91. | | | |
| " | 14 | (ALL) | NOTICE.....of arrg set for 2/18/92 at 1:30 p.m. cc:  Moye, Flowers,  Hardwick, USPO, Peters, & Johnson. | | | |
| " | 15 | (ALL) | MINUTES.....of arrg.  Not guilty pleas accepted, trial to be set for 3/2/92. | | | |
| 2/26 | 16 | (all) | ORDER..........(LAC)EOD 2/27/92 **Setting trial for 3/2/92 @ 9:00am w/plea to be effected by 2/27 & presented by 2/28.** cc: Moye, Hardwick, Flowers, Peters, USM, USPO, Brooke, LAC &mt | | | |
| 2/27 | 17 | (AJJ) | REQUEST...........for discovery, by deft | | | |
| 2/27 | 18 | (all) | NOTICE..........**rescheduling trial to 3/16/92 @ 9:00am** cc: Moye, Hardwick, Flowers, Peters, USM, USPO, CSO, Brooke, LAC by lu | | | |
| 3/5 | 19 | (all) | MOTION.............for reciprocal discovery, by govt | | | |
| 03/11 | 20 | (AJJ) | MOTION.....to dismiss indictment for lack of speedy trial, by deft.  Ref LAC | | | |
| 03/09 | 21 | (ALL) | INFORMATION AND NOTICE.....of prior conviction, by Gov't.  Ref LAC 3/12 | | | |
| 03/12 | 22 | (AJJ) | MOTION.....to suppress statements made by deft to law enforcement following arrest on 12/7/91, by deft. Ref LAC | | | |
| 3/13 | 23 | (AJJ) | RESPONSE..........to #20, by govt. Ref LAC 3/13 | | | |
| 03/13 | 24 | (AJJ) | MOTION.....in Jimine concerning 404(b) evidence, by deft. | | | |
| " | 25 | (AJJ) | GENERAL MINUTES.....of suppression hearing.  Attached: witness list. | | | |

CONTINUED TO PAGE 5

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET**  U. S. vs  AL JEROME JETER    92-05004  LAC
AO 256A                                            Yr.   Docket No.  Def.

| DATE 1992 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|---|
| 03/13 | 26 (AJJ) | R&O.....(LAC) EOD: 3/13. **DENYING #20.** cc: Moye & Peters | |
| " | 27 (AJJ) | R&O.....(LAC) EOD: 3/13. **DENYING #22.** cc: Moye & Peters | |
| " | 28 (AJJ) | PROPOSED.....voir dire questions, by defts. | |
| " | (AJJ) | REFERRED.....#24 to LAC | lu |
| 3/16 | 29 (RJB) | MOTION............to adopt other motions, by deft. | mm |
| | 30 (HN) | MOTION............to adopt other motions, by deft | mm |
| 3/17 | 31 (RJB) | ORDER.........(LAC)EOD 3/18/92 GRANTING #29. cc: Moye, Hardwick, Flowers, Peters by lu in P.C. | mm |
| | 32 (HN) | ORDER.........(LAC)EOD 3/18/92 cc: Moye, Hardwick, Flowers, Peters by lu in P.C. | mm mm |
| | 33 (RJB) | MOTION..........to dismiss, by deft | mm |
| 3/18 | 34 (all) | CRIMINAL MINUTES.........of Failure to appear hearing, re witness Lisa McCurdy; witness instructed to appear on 3/19/92 @ 9:00am in P.C. | mm |
| 03/18 | 35 (AJJ) | **JUDGMENT OF ACQUITTAL**.....(LAC) cc: 4 certs AUSA, 4 certs USM, 4 certs USPO, Peters, & Jeter via Peters. CrB #9, pg 159. | |
| 03/19 | 36 (RJB) | REQUESTED.....special jury instruction, by deft. | |
| " | 37 (HN) | REQUESTED.....jury instructions, by deft. | |
| " | 38 (ALL) | MINUTES.....of trial. JS 3/16. JT 3/16-3/17 & 3/19. Witness & exhibit list attached. Defts adjudged guilty (see separate docket entries) | |
| " | 39 (HN) | VERDICT.....deft found guilty CT 1 & CT 2. | |
| " | 40 (RJB) | VERDICT.....deft found guilty CT 1 & CT 2. | lu |
| 03/20 | 41 (HN & RJB) | NOTICE.....of sentencing set for week of 5/26/92 at 9 a.m. cc: Moye, Hardwick, Flowers, USM, USPO, CSO, Brooke, & LAC. | l |
| " | | REFERRED.....file to LAC. | lu |
| 3/23 | 42 (all) | ORDER..........(LAC)EOD 3/23/92 For jury meals. cc: cert copy to lu | mm |
| 3/26 | 43 (ALJ) | ORDER..........(LAC)EOD 3/26/92 GRANTING #24 cc: Moye & Hardwick | mm |
| 3/31 | (RJB) | Ref LAC 3/31 | mm |
| 4/2 | 44 (RJB) | ORDER.........(LAC)EOD 4/2/92 DENYING #33 (was denied pretrial) cc: Moye & Flowers | mm |
| 04/20 | 45 (HN) (RJB) | NOTICE.....of sentencing set for 5/26/92 at 1:30 P.M. in Panama City. cc: Moye, Flowers, CSO, Hardwick, USM, USPO, Brooke, & LAC. | lu |
| 04/20 | 46 (RJB) | LETTER.........fm USPO to atty Flowers, re fwd PSR | mm |
| 4/23 | 47 (HN) | LETTER.........fm USPO to atty Hardwick, re fwd PSR | mm |
| 5/13 | 48 (AJJ) | CJA20...........mailed to atty Peters | mm |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A          USA V NETTLES, ET AL                                92-05004LAC

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|---|
| | | | | (a) \| (b) \| (c) \| (d) |
| 05/26 | 49 | (HN) | SENTENCING MINUTES.....held 5/26. | |
| " | 50 | (RB) | SENTENCING MINUTES.....held 5/26 | |
| 05/29 | 51 | (HN) | JUDGMENT.....$100 SMA. Deft committed to custody of BOP for term of 240 mos on Cts 1 & 2 to run concurrently. 10 yrs supv rel. cc: Moye, Hardwick, Nettles via Hardwick, USM, USPO, & CrBk #5 pp261-264 | |
| " | 52 | (RB) | JUDGMENT.....$100 SMA. Deft committed to custody of BOP for term of 210 mos on ea Cts 1 & 2 to be served concurrently w/ea other. 10 yrs supv rel. cc: Moye, Flowers, Brisbon via Flowers, USM, USPO, CrBk#5 pp265-268 | |
| 6/8 | 53 | (HN) | NOTICE.....of appeal of sentencing and final judgment | |
| 6/15 | 54 | (HN) | LETTER.....to ECCA transmitting cert cc of #53, 51 and docket sheets cc: Moye, Hardwick, LAC, USMS, USPO | |
| 6/10 | 55 | (RB) | NOTICE.....of appeal of sentencing and final judgment | |
| 6/16 | 56 | (RB) | LETTER.....to ECCA transmitting cert cc of #55, 52, 9 and docket sheets cc: Moye, Flowers, LAC, USMS, USPO | |
| 6/18 | 57 | (AJJ) | CJA20..........appd for pmt of $2,796.00 to atty Peters | |
| 7/1 | 58 | (HN) | ACKNOWLEDGEMENT.....fm ECCA of #54 | |
| 7/1 | 59 | (RB) | ACKNOWLEDGEMENT.....fm ECCA of #56 | |
| 7/14 | 60 | (HN) | MOTION...........for leave to proceed IFP, by deft. Ref LAC 7/15 | |
| 7/15 | 61 | (RJB) | ECCA MEMO...........re CJA pmt of $3,639.00 for atty Flowers | |
| 7/16 | 62 | (HN) | ORDER..........(LAC)EOD 7/16/92 GRANTING #60, IFP for deft. cc: Moye, Hardwick & cert copy to ECCA w/motion #60 | |
| 7/29 | 63 | (RJB) | RETURN.........of J&C by USM; deft delivered to Talladega FCI on 7/13. | |
| 8/21 | 64 | (RJB) | CJA20.........appd for pmt of $3,639.00 to atty Flowers | |
| 9/15 | 65 | (all) | TRANSCRIPT..........of JT held 3/16/92 | |
| | 66 | (all) | TRANSCRIPT..........of JT held 3/17/92 | |
| | 67 | (all) | TRANSCRIPT..........of JT held 3/19/92 | |
| 10/9 | 68 | (RJB) | CJA24.........appd for pmt of $885.00 to D. Brooke | |
| 1993 | | | | |
| 1/8 | 69 | (RJB) | LETTER.........fm ECCA w/cert copy of order remanding to District Court for determination of excusable neglect in filing notice of appeal. Ref LAC 1/15 | |
| 3/1 | 70 | (RJB) | ORDER........(LAC) EOD 3/1/93 Dft has made a showing of excusable neglect pursuant to Rule 4 therefore, dft's motion for extension of time to appeal is GRANTED. Dft shall have an additional 30 days in which to fil Notice of Appeal. cc: Moye, Flowers, ECCA | |
| 3/22 | 71 | (RJB,HN) | LETTER.........fm ECCA, requesting COR | |
| 3/23 | -- | (RJB,HN) | PSR...........rec fm USPO to be included w/record as an exhibit | |
| 3/24 | 72 | (RJB,HN) | LETTER.........to ECCA, transmitting COR consisting of 1 vol pleadin 3 vols transcripts, 3 exhibits (1 folder, 2 PSR's) cc: Moye, Hardwick, Flowers | |
| 5/10 | 73 | (RJB,HN) | ACKNOWLEDGMENT........fm ECCA, of receipt of #72 | |
| 6/11 | 74 | (ALL) | TRANSCRIPT.......of proceedings held on 3/16/92 | |
| 7/19 | 75 | (RJB) | RETURN........of warrant by USM; deft arrested on 2/18/92 | |
| | 76 | (AJJ) | RETURN........of warrant by USM; deft arrested on 3/16/92 | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs  NETTLES, ET AL

AO 256A

92-05004/LAC

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 10/4 | 77 (RJB, HN) LETTER........fm ECCA, requesting record on appeal | lj |
| 10/28 | 78 (HN, RJB) LETTER.......to ECCA, transmitting record on appeal consisting of 1 vol of pleadings, 3 vols of transcripts, and 3 exhibits (1 folder, and 2 PSR's) cc: Moye, Hardwick, Flowers | lj |
| 11/23 | 79 (HN, RJB) ACKNOWLEDGMENT.......fm ECCA, Of receipt of #78 | lj |
| **1994** | | |
| 3/8 | 80 (HN, RJB) LETTER.......fm ECCA, w/cert copy of Rule 36-1 decision and Judgment (issued as mandate 3/7/94). Also returned record on appeal consisting of 1 vol of pleadings, 3 vols of transcripts, and 3 exhibits (1 folder and 1 PSR) | lj |
| **1995** | | |
| 12/19 | 81 (RJB) LETTER.....from deft requesting copies. | lu |
| **1996** | | |
| 01/18 | 82 (RJB) LETTER.....to deft, in re: #81. | lu |
| 5/16 | 83 (RJB) TRANSCRIPT......of sentencing proceedings held 5/26/92 | tc |
| 10/28 | 84 (HN) TRANSCRIPT.... of sentencing proceedings held 5/26/92 in Panama City, FL | jrm |
| **1997** | | |
| 4/3 | 85 (BRISON) ORDER......SMN    EOD 4/4/97 Directing clerk to return document(Motion to appear PHV)to counsel without filing counsel must fully comply with Rule 11.1(D)(3) cc: Paul Byers | ijm |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

ARCHIVED

U.S. District Court
Northern District of Florida - District Version 3.0 (Panama City)
CRIMINAL DOCKET FOR CASE #: 5:92-cr-05004-LC-MD-2
Internal Use Only

Case title: USA v. NETTLES, et al

Date Filed: 04/23/1997
Date Terminated: 04/23/1997

Assigned to: SENIOR JUDGE LACEY A COLLIER
Referred to: Magistrate Judge MILES DAVIS

**Defendant**
RODNEY JOE BRISBON (2)
TERMINATED: 04/23/2003

represented by PAUL BYERS
PAUL BYERS PA
6998 BRIDGETOWN RD
CINCINNATI, OH 45248
513/598-6998
TERMINATED: 04/23/2003
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Retained

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**
USA

represented by EDWIN F KNIGHT
US ATTORNEY - PENSACOLA FL
NORTHERN DISTRICT OF FLORIDA
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502
850/444-4000
Fax: 850-434-0329
Email: Edwin.Knight@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/1997 | | (Court only) **Case closed as to HORACE NETTLES III, RODNEY JOE BRISBON, AL JEROME JETER (all defendants). (tnc,Pensacola) (Entered: 07/31/1998) |

| Date | Doc # | Entry |
|---|---|---|
| 05/06/1997 | | FILE RETURNED TO COURT - Magistrate Judge Susan M. Novotny Re: PHV Motion as to Paul Byers referred to SMN for deficiencies. (ijm,Pensacola) (Entered: 05/06/1997) |
| 05/20/1997 | 88 | ORDER as to RODNEY JOE BRISBON directing clerk to return PHV motion, motion to vacate under 28:2255, and memo of law without filing. Documents may be resubmitted after correcting deficiencies. ( Signed by Magistrate Judge Susan M. Novotny ) (Copies mailed as indicated on document.) (ijm,Pensacola) (Entered: 05/21/1997) |
| 06/11/1997 | | Motion to appear PHV recv'd from Atty. Paul Byers referred to SMN for deficiencies. (ijm,Pensacola) Modified on 06/11/1997 (Entered: 06/11/1997) |
| 06/12/1997 | 91 | ORDER as to RODNEY JOE BRISBON directing clerk to return motion to appear PHV without filing. Atty. Byers shall read and understand orders dated 4/3/979 and 5/20/97. If counsel cannot follow the local rules his motion will be denied on the next non-complying attempt. ( Signed by Magistrate Judge Miles Davis ) (Copies mailed as indicated on document.) (ijm,Pensacola) (Entered: 06/12/1997) |
| 08/11/1997 | | (Court only) **Added Government Attorney EDWIN F KNIGHT as to HORACE NETTLES III, RODNEY JOE BRISBON, AL JEROME JETER (jra,Pensacola) (Entered: 08/11/1997) |
| 08/22/1997 | 95 | MOTION by RODNEY JOE BRISBON for PAUL BYERS to Appear Pro Hac Vice (jra,Pensacola) (Entered: 08/22/1997) |
| 08/22/1997 | | Motion(s) referred to Magistrate Judge Miles Davis as to RODNEY JOE BRISBON : [95-1] motion for PAUL BYERS to Appear Pro Hac Vice (jra,Pensacola) (Entered: 08/22/1997) |
| 08/25/1997 | 96 | ORDER as to RODNEY JOE BRISBON granting [95-1] motion for PAUL BYERS to Appear Pro Hac Vice as to RODNEY JOE BRISBON (2) ( Signed by Magistrate Judge Miles Davis ) (Copies mailed as indicated on document.) (jra,Pensacola) (Entered: 08/25/1997) |
| 10/06/1997 | | FILE RETURNED TO COURT - Magistrate Judge Miles Davis Re: #97 resp to motion to dismiss (jra,Pensacola) (Entered: 10/06/1997) |
| 12/09/1997 | | FILE RETURNED TO COURT - Magistrate Judge Miles Davis Re: #101 (jra,Pensacola) (Entered: 12/09/1997) |
| 04/27/1998 | | FILE RETURNED TO COURT - Magistrate Judge Miles Davis Re: Document # 105 (ijm,Pensacola) (Entered: 04/27/1998) |
| 04/28/1998 | | Ready for R&R. (ijm,Pensacola) (Entered: 04/28/1998) |
| 09/16/1998 | | FILE RETURNED TO COURT Re: as requested by LE (jra,Pensacola) (Entered: 09/16/1998) |
| 10/22/1998 | | FILE RETURNED TO COURT - Judge Lacey A. Collier Re: R&R on Nettles (jra,Pensacola) (Entered: 10/22/1998) |
| 12/10/1998 | | FILE RETURNED TO COURT - Magistrate Judge Miles Davis Re: Certificate of Appealability (former employee) (Entered: 12/10/1998) |
| 02/17/1999 | 120 | ORIGINAL PAPERS TO USCA Re: [111-1] appeal by HORACE NETTLES III USCA# 98-3786 Consisting of 2 volumes of pleadings and 4 volumes of transcripts (former employee) (Entered: 02/17/1999) |
| 02/17/1999 | | (Court only) **Reset last document number to 122 (former employee) (Entered: 02/17/1999) |
| 02/11/2000 | | FILE referred to Helen per her request (former employee) (Entered: 02/11/2000) |
| 01/26/2001 | | ARCHIVED RECORD: Accession #: 021 01 0049 Agency Box #: 3 of 3 FRC Location #: H0270871BAN Disposal Date: PERM 2021 (jrm,Pensacola) (Entered: 01/26/2001) |
| 02/15/2001 | | ARCHIVED RECORD received from the record center. (former employee) (Entered: 03/29/2001) |
| 11/06/2001 | 125 | REQUEST by RODNEY JOE BRISBON for status of 2255 motion (jra,Pensacola) (Entered: 11/13/2001) |
| 11/16/2001 | 126 | ORDER by Magistrate Judge Miles Davis granting [125-1] request for status of motion as to RODNEY JOE BRISBON (2). Clerk shall send copies of this order to deft and Mr. Robinson. Copies sent as noted on document. (jra,Pensacola) (Entered: 11/16/2001) |
| 11/28/2001 | | FILE location: mailed to Federal Records Center Atlanta (former employee) (Entered: 11/28/2001) |
| 04/23/2003 | | (Court only) **Termination of party HORACE NETTLES, party RODNEY JOE BRISBON, party AL JEROME JETER pending deadlines and pending motions as to HORACE NETTLES III, RODNEY JOE BRISBON, AL JEROME JETER (pll,Tallahassee) (Entered: 04/23/2003) |
| 03/06/2007 | 127 | TRANSFER OF JURISDICTION AND ORDER as to RODNEY JOE BRISBON; supervision transferred to the MD of ALA. Signed by Judge LACEY A COLLIER on 7/13/2006. (mjm) (Entered: 03/15/2007) |
| 03/15/2007 | 128 | Supervised Release Jurisdiction Transferred to MD of ALA as to RODNEY JOE BRISBON Transmitted Transfer of Jurisdiction form, with certified copies of judgment and docket sheet. (mjm) (Entered: 03/15/2007) |